

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00081-CR

**IN RE** Carlton **STROUD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

Delivered and Filed:  March 4, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On February 18, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1997CR3770, styled *The State of Texas v. Carlton Stroud*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.